**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JOHN F. DAVENPORT, | ) | Case No. 17-50114 (JAM) |
| | ) | |
| Debtor | ) | August 24, 2017 |

## TRUSTEE'S REPORT OF ASSETS

Richard M. Coan, Trustee of the above-captioned estate, hereby reports that it appears that he will recover assets. It is now appropriate to set a claims bar date and send notice to all parties in interest through BNC.

Dated at New Haven, Connecticut this 24th day of August 2017..

/s/ Richard M. Coan
Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver & Miltenberger, LLC
495 Orange Street
New Haven, Connecticut 06511
Telephone:    (203) 624-4756
Facsimile:    (203) 865-3673
rcoan@coanlewendon.com